UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| CLEM D. DALRYMPLE | * | CIVIL ACTION: 2:18-cv-14237 |
| | * | |
| V. | * | |
| | * | |
| THE UNITED STATES POSTAL SERVICE | * | |
| JONATHAN JONES | * | |
| | * | |
| *   *   *   *   *   *   *   * | | |

### FIRST SUPPLEMENTAL AND MENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Clem D. Dalrymple, who files the First Supplemental and Amended Complaint to supplement and amend his original Complaint to read as follows:

### JURISDICTION

### I.

This Court has jurisdiction of this matter, according to the Federal Tort Claims Act.

### II.

### PARTIES

Plaintiff, Clem D. Dalrymple, a person of the full age of majority and a resident of the State of Louisiana.

Made Defendant herein is:

The United States of America, hereinafter referred to as "Defendant", a Governmental entity capable of being sued, who was at all pertinent times hereto, doing business in the Parish of Tangipahoa, State of Louisiana.

## FACTUAL ALLEGATIONS

### III.

On or about January 15, 2017, Plaintiff, Clem D. Dalrymple was operating a 1979 Harley Davidson motorcycle, at or below the speed limit on Highway 22 in Tangipahoa, Louisiana.

### IV.

At all pertinent times hereto, Jonathan Jones, an employee of the United States Postal Service, an agency of the United States of America, was operating a 1993 GM Model GL Truck, owned by The United States Postal Service, while in their employ.

### V.

On January 15, 2017, Defendant, Jonathan Jones, either pulled out of a private driveway onto Highway 22, as he told the investigating officer, or alternatively, made a U-Turn from the shoulder of the roadway on Highway 22, in front of Clem Dalrymple, all without yielding to Clem Dalrymple, at such a point in time, that it was impossible for Clem Dalrymple to avoid striking the side of The United States Postal Service truck, according to Clem Dalrymple and the eye witness.

### VI.

Mr. Dalrymple hit the left side door/window of the postal truck, was ejected from his motorcycle and actually flew through the truck's window.

## VII.

The above-described accident occurred as a direct result of the fault the driver, Jonathan Jones, for whom The United States Postal Service, and in turn, the United States of America is liable, in the following non-exclusive list of particulars:

a)  Failure to maintain a proper lookout;

b)  Failure to maintain proper control of a vehicle;

c)  Negligently entering Highway 22, which had the right-of-way;

d)  Illegally making a U-turn from the shoulder of the roadway on Highway 22 in front of Mr. Dalrymple.

e)  Failing to avoid an accident when he had the last clear chance to do so;

f)  In creating a sudden emergency from Mr. Dalrymple, for which Mr. Dalrymple could not avoid impact with the postal truck; and

g)  Such other acts of negligence as will be shown at trial.

## VIII.

Jonathan Jones received a traffic citation as a result of this accident and was charged with violation of Louisiana Revised Statue 32:104. Jonathan Jones has continuously failed to appear for that ticket and there is currently an outstanding arrest warrant for Jonathan Jones.

## IX.

The United States is liable for the negligent acts of Jonathan Jones.

**X.**

Clem D. Dalrymple was taken by Acadian Helicopter/Ambulance from the scene of the accident to North Oaks Hospital, where he remained as inpatient from January 17, 2017 to January 31, 2017.

**DAMAGES**

**XI.**

As a direct result of the accident caused by Jonathan Jones, Clem Dalrymple sustained significant injuries to his head, neck, fact, arms, hands, legs, rigs, pelvis and torso. In particular, Clem Dalrymple's injuries, as a direct result of the motorcycle accident of January 17, 2017 include:

1. a traumatic brain injury with loss of consciousness
2. hallucinations, with severe agitation requiring multiple anti-psychotics
3. Lumber stenosis with neurogenic claudication
4. a closed fracture of the distal end of the left radius, unspecified fracture, morphology
5. a closed displaced fracture of right ribs
6. a closed fracture of the distal and the right radius
7. a closed displaced fracture of the head of the left radius
8. a closed fracture of the publis
9. an open fracture of the metacarpal of the right hand
10. a laceration of the right elbow
11. puncture wounds of the head, face, neck, arms and hands
12. a coma
13. a liver hemangioma
14. a orbital fracture
15. a closed fracture of the nasal bones
16. a fracture of the nasal septum
17. a subarachnoid hemorrhage
18. multiple abrasions
19. a closed fracture of the frontal sinus
20. a closed intra-articular fracture of the distal end of the right radius
21. a drug-induced encephalopathy

22. impaired mobility and impaired ADLs
23. anemia due to acute blood loss
24. double vision
25. diplopia
26. Acute chest pain
27. Shortness of breath
28. GERD (gastroesophageal reflux disease)
29. Elevated d-dimer
30. Duodenitis
31. Intractable vomiting
32. Chest pain
33. Bradycardia
34. Thrombocytosis
35. Hyperglycemia
36. Elevated alkaline phosphatase level
37. Closed torus fracture of distal end of right radius with routine healing, subsequent encounter
38. Median nerve palsy, left
39. Radial nerve palsy, left
40. Radial nerve palsy, left
41. Laceration of right eyebrow
42. Open reduction with internal fixation on the left wrist
43. Spinal stenosis of lumbar regions with neurogenic claudication
44. Lumbar facet arthropathy
45. HNP (herniated nucleus pulposus), lumbar
46. Sacroilitis, not elsewhere classified,
47. a Lumbar disc herniation with radiculopathy.
48. a posterior lumbar interbody fusion at L5-S1
49. a lateral extracavitary lumbar interbody fusion at L4-L5
50. a posterior segmental instrumentation at L4 through S1
51. a laminectomy at L5
52. a central decompression with interlaminar device (Coflex) placement at L3-L4, and
53. a posterolateral fusion at L4 through S1

## XII.

Because of these injuries, Clem D. Dalrymple has been prescribed numerous medications including but not limited to:

1. Azithromycin 250 Mg Tablet

2. Benzonatate 100 Mg Capsule
3. Chlorzoxazone 500 Mg Tablet
4. Cyclobenzaprine Tab l0 mg
5. Dicyclomine Tab 20mg
6. Doxyeycline Hyclate 100 Mg Cap
7. Hydrocodone/Accl 10-325
8. Loratadine 10 Mg Tablet
9. Methocarbamol 750 Mg Tablet
10. Metoclopramide 10 Mg Tablet
11. Metoprolol Tar Tab 25 Mg
12. Ondansetron Tab 4mg 30
13. Oxycodone Tab 5 Mg 100
14. Oxycodone-'Apap Tab 5/325
15. Oxycodone-Acetaminophen 7.5-325
16. Pantoprazole Sod 40ing Tab
17. Pantoprazole Sod Dr 20 Mg Tab
18. Phenadoz 25 Mg Suppository
19. Polyethylene Gly 3350 14x17
20. Prochlorperazine Tab l0mg
21. Promethazine 25 Mg Tablet
22. Sucralfate 1 Cm Tablet
23. Tizanidine Met 4 Mg Tablet
24. Trazodone Tab l00mg

## XIII.

Mr. Dalrymple was an auto mechanic before this accident, working for Tony's Auto Repair in Hammond, Louisiana. He earned approximately $500.00 per week. He has not returned to work, nor is it expected that he will ever return to any such job because of the loss of use of his left hand and arm.

## XIV.

Mr. Dalrymple has a loss of income greater than or equal to $285,838.00.

### XV.

Mr. Dalrymple has incurred Medical Specials equal to or in excess of $1,018,784.05.

### XVI.

On June 21, 2018, the Original Claim Form 95 for Damages, Injury or Death Form was submitted to the USPS-Tort Claims Department with the United States Postal Service. On July 3, 2018, the United States Postal Service sent an acknowledgement letter stating that they are "currently in the process of reviewing this claim in order to make the determination as to any legal liability on the part of the Postal Service for the injuries sustained by your client. This claim will be adjudicated as soon as possible, but be aware that the Postal Service has six months from June 21, 2018 in which to adjudicate this claim."

### XVII.

More than six months have passed and there has been no response from the USPS Tort Claims Department. As such, Clem D. Dalrymple desires to proceed with this claim by virtue of this Complaint.

**WHEREFORE**, Plaintiff, Clem Dewayne Dalrymple, prays that after due proceedings had, there be judgment herein in his favor and against the defendant, The United States of America, for all sums due and owing, including general damages, medical specials, loss of income, disfigurement, pain and suffering, permanent disability, and loss of enjoyment of life, together with all costs of these proceedings and interest from date of judicial demand.

Respectfully submitted,
**BOGGS, LOEHN & RODRIGUE**


/s/ THOMAS E. LOEHN
**THOMAS E. LOEHN (#8663)**
2324 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
Email: tloehn@yahoo.com
*Counsel for Plaintiff, Clem D. Dalrymple*


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record receiving a hard copy by Certified Mail, Return Receipt Requested by first-class mail to non-CM/ECF participants, this 30th day of January, 2019.


/s/ THOMAS E. LOEHN

8