UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLEM D. DALRYMPLE | ) | CIVIL ACTION NO.: 2:18-CV-14237 R(2) |
| | ) | |
| VERSUS | ) | JUDGE SARA S. VANCE |
| | ) | |
| THE UNITED STATES POSTAL SERVICE AND JONATHAN JONES | ) | MAG.: DONNA P. CURRAULT |

**OBJECTION TO TESTIMONY OF JEFFREY E. MEYERS AND MOTION TO STRIKE FILED BY PLAINTIFF, CLEM DALRYMPLE**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Clem Dalrymple, and moves the Court for an Order striking the following portions of the deposition of Jeffrey E. Meyers:

Page 39, Lines 11-25
Page 40, Lines 1-25
Page 41, Lines 1-25
Page 42, Lines 1-25
Page 43, Lines 1-25
Page 44, Lines 1-25
Page 45, Lines 1-25
Page 46, Lines 1-25
Page 47, Lines 5-8
Page 57, Lines 1-12
Page 61, Lines 3-8
Page 70, Lines 6-21
Page 71, Lines 7-16
Page 72, Lines 21-25
Page 73, Lines 1-3
Page 78, Lines 14-25
Page 79, Lines 1-12
Page 80, Lines 1-25
Page 81, Lines 1-16
Page 84, Lines 12-25
Page 88, Lines 17-25
Page 89, Lines 1-25
Page 91, Lines 3-25
Page 92, Lines 1-25
Page 93, Lines 1-25
Page 94, Lines 1-25
Page 95, Lines 1-25
Page 96, Lines 1-25
Page 97, Lines 1-25
Page 98, Lines 1-25
Page 110, Lines 8-25
Page 111, Lines 1-22
Page 123, Lines 19-25
Page 124, Lines 1-25
Page 125, Lines 1-25
Page 126, Lines 1-25
Page 127, Lines 1-25

and, furthermore, moves to strike the following attachments to Mr. Meyers' deposition: the curriculum vitae of Jeffrey E. Meyers; the opinion of Jeffrey E. Meyers; and the Social Security Administration records; all for the reasons set forth in the attached memorandum in support thereof.

**WHEREFORE**, plaintiff prays the objected-to portions of the deposition, and the objected-to proposed attachments to the deposition, be stricken from the record.

Respectfully submitted,

**BOGGS, LOEHN & RODRIGUE**

/s/ Thomas E. Loehn
**THOMAS E. LOEHN (#8663)**
2324 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
Email: tloehn@yahoo.com
Attorney for Plaintiff, Clem D. Dalrymple

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record receiving a hard copy by Certified Mail, Return Receipt Requested by first-class mail to non-CM/ECF participants, this 15th day of December, 2020.

/s/ Thomas E. Loehn