**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

*Mary Katherine Kaufman*
*Assistant United States Attorney*

*650 Poydras Street, Suite 1600*
*New Orleans, Louisiana 70130*

*Telephone (504) 680-3008*
*Fax: (504) 680-3174*

July 8, 2019

Social Security Administration
400 Poydras Street, Suite 500
New Orleans, LA 70130

Re: Clem D. Dalrymple v. U.S.A.
USDC EDLA Civil Action No.: 18-14237

Dear Sir/Madam:

Enclosed is an executed Consent for Release of Information (Form SSA-3288) regarding Clem D. Dalrymple (SSN 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). As indicated on the request, kindly forward the information or records to:

Mary Katherine Kaufman
Assistant United States Attorney
650 Poydras Street, 16th Floor
New Orleans, LA 70130

If you have any questions in connection with this inquiry, please do not hesitate to contact me at (504) 680-3008.

With best regards, I remain

Very truly yours,

PETER G. STRASSER
UNITED STATES ATTORNEY

Mary Katherine Kaufman

MARY KATHERINE KAUFMAN
Assistant United States Attorney

MKK/lan

Enclosure

Social Security Administration
Form Approved
OMB No. 0960-0566

# Consent for Release of Information

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

**TO: Social Security Administration**

Clem D. Dalrymple — ***My Full Name**

9-2-1961 — ***My Date of Birth (MM/DD/YYYY)**

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 — ***My Social Security Number**

I authorize the Social Security Administration to release information or records about me to:

***NAME OF PERSON OR ORGANIZATION:**
Mary Katherine Kaufman, AUSA
United States Attorney's Office

***ADDRESS OF PERSON OR ORGANIZATION:**
650 Poydras St.
Suite 1600
New Orleans, LA 70130

***I want this information released because:** Litigation
We may charge a fee to release information for non-program purposes.

***Please release the following information selected from the list below:**
**Check at least one box. We will not disclose records unless you include date ranges where applicable.**

1. ☐ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 01/01/2016 to date Present
5. ☒ My Medicare entitlement from date 01/01/2016 to date Present
6. ☐ Medical records from my claims folder(s) from date________ to date________
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)
   Doctor report, application, determination and questionnaire

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

***Signature:** Clem Dewayne Dalrymple ***Date:** 7-3-19

****Address:** ________ ****Daytime Phone:** ________

**Relationship (if not the subject of the record):** ________ ****Daytime Phone:** ________

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |